**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM A. EMERICK, | ) Case No: 21-21263-JAD |
| | ) |
| Debtors. | ) Chapter 7 |
| | ) |
| WILLIAM A. EMERICK, | ) Doc. No. 14 |
| | ) |
| | ) Response Deadline: 07/19/2018 |
| Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_   Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_   Summary of Schedules
\_\_\_\_\_   Schedule A - Real Property
\_\_\_\_\_   Schedule B - Personal Property
\_\_\_\_\_   Schedule C - Property Claimed as Exempt
\_\_\_\_\_   Schedule D - Creditors holding Secured Claims
            Check one:
                \_\_\_\_\_   Creditor(s) added
                \_\_\_\_\_   NO creditor(s) added
                \_\_\_\_\_   Creditor(s) deleted
\_\_X\_\_   Schedule E - Creditors Holding Unsecured Priority Claims
            Check one:
                \_\_X\_\_   Creditor(s) added
                \_\_\_\_\_   NO creditor(s) added
                \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule F - Creditors Holding Unsecured Nonpriority Claims
            Check one:
                \_\_\_\_\_   Creditor(s) added
                \_\_\_\_\_   NO creditor(s) added
                \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule G - Executory Contracts and Unexpired Leases
            Check one:
                \_\_\_\_\_   Creditor(s) added
                \_\_\_\_\_   NO creditor(s) added
                \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule H - Codebtors
\_\_\_\_\_   Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_   Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_   Statement of Financial Affairs
\_\_\_\_\_   Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_   Chapter 11 List of Equity Security Holders

\_\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_    Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as listed on the attached Certificate of Service.

Date: June 18, 2021

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William** First Name | **A.** Middle Name | **Emerick** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **21-21263**

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
■ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Dawn Emerick** Priority Creditor's Name<br>**111 Jessie St.**<br>**Ellwood City, PA 16117**<br>Number Street City State Zip Code | Last 4 digits of account number **2018**<br>When was the debt incurred?<br>As of the date you file, the claim is: Check all that apply | $1.00 | $1.00 | $0.00 |

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Wage attachment in place. Debtor is current.**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| Debtor 1 | William A. Emerick | Case number (if known) | 21-21263 |
|---|---|---|---|

### 4.1 AT&T Mobility

Nonpriority Creditor's Name
P.O. Box 6416
Carol Stream, IL 60197-6416
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **6952**  $769.63

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Cell Phone Service**

### 4.2 Butler Medical Providers

Nonpriority Creditor's Name
Physician Division
P.O. Box 1549
Butler, PA 16003
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **4151**  $40.00

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Services**

### 4.3 Dawn Emerick

Nonpriority Creditor's Name
111 Jessie Street
Ellwood City, PA 16117
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   $65,901.45

**When was the debt incurred?**  **2011**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Co-debtor on mortgage loan for 111 Jessi Street, Ellwood City, PA 16117**

Debtor 1  **William A. Emerick**              Case number (if known)  **21-21263**

| 4.4 | **LabCorp** | Last 4 digits of account number | **1335** | $22.77 |

Nonpriority Creditor's Name
**P.O. Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

When was the debt incurred?  **February 2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services**

---

| 4.5 | **T-Mobile** | Last 4 digits of account number | **2601** | $208.11 |

Nonpriority Creditor's Name
**Bankruptcy Team**
**PO Box 53410**
**Bellevue, WA 98015**
Number Street City State Zip Code

When was the debt incurred?  **2020**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Cell Phone Service**

---

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Convergent Outsourcing, Inc.**
**800 SW 39th Street**
**Suite 100**
**Renton, WA 98057**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **5511**

Name and Address
**ERC**
**P.O. Box 23870**
**Jacksonville, FL 32241-3870**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6170**

---

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total Claim**

| | | | | | |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 1.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |

| Debtor 1 | **William A. Emerick** | | Case number (if known) | **21-21263** |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **1.00** |
| | | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **66,941.96** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **66,941.96** |