**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM A. EMERICK, ) | Case No: 21-21263-JAD |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| WILLIAM A. EMERICK, ) | Related to Docs. #12, #13, & #14 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**CERTIFICATE OF SERVICE OF NOTICE REGARDING MODIFICATION TO MAILING MATRIX, AMENDED SCHEDULE E AND AMENDED SCHEDULE I**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on June 18, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

William A. Emerick
321 Crisswell Road
Butler, PA 16001

AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197-6416

Butler Medical Providers
Physician Division
P.O. Box 1549
Butler, PA 16003

Convergent Outsourcing, Inc.
800 SW 39th Street
Suite 100
Renton, WA 98057

Dawn Emerick
111 Jessie Street
Ellwood City, PA 16117

ERC
P.O. Box 23870
Jacksonville, FL 32241-3870

LabCorp
P.O. Box 2240
Burlington, NC 27216-2240

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Select Portfolio Service
P.O. Box 65250
Salt Lake City, UT 84165

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Natalie Lutz Cardiello, Trustee**
ncardiello@cardiello-law.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Maria Miksich**
**U.S. Bank National Association**
mmiksich@kmllawgroup.com

Executed on: June 18, 2021

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com